# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA PRICE

NO. 2020 KW 0417

**AUGUST 03, 2020**

---

In Re:   Joshua Price, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 6302020.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** This application appears to be filed in this court in the first instance. Relator should seek relief in the district court.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT